# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (609) 989-2040

CHAMBERS OF
**TONIANNE J. BONGIOVANNI**
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

August 27, 2015

## LETTER ORDER

Re:   Mu Sigma, Inc. v. Affine, Inc., et al.
      Civil Action No. 12-1323 (FLW)

Dear Counsel:

As discussed during the telephonic conference call conducted earlier today, by **September 4, 2015**, Plaintiff shall respond to Defendant's document demand by either; (1) producing the documents, (2) objecting to the production of said documents, or (3) by providing a certification that production has been completed.   By **September 18, 2015**, Defendant shall propound discovery requests upon Plaintiff.   The Court will conduct a telephonic conference call on **October 27, 2015 at 2:30 p.m**. during which the remaining schedule will be addressed.  Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

s/Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**