# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2040**

**CHAMBERS OF**
**TONIANNE J. BONGIOVANNI**
**UNITED STATES MAGISTRATE JUDGE**

**U.S. COURTHOUSE**
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

August 15, 2016

## LETTER ORDER

**Re:**   **Mu Sigma, Inc. v. Affine, Inc., et al.**
   **Civil Action No. 12-1323 (FLW)**

Dear Counsel:

The Court has reviewed the parties' joint submissions regarding discovery, dated July 29, 2016. While the Court appreciates that the parties were successful in resolving a number of issues, a few issues remain outstanding. A hearing therefore shall be held on Friday, September 9, 2016 at 2:00 p.m. to address the remaining issues. While not required, it appears that the parties may wish to further elaborate their positions. If so, a joint letter is to be submitted by September 1, 2016.

   **IT IS SO ORDERED.**

   /s/ Tonianne J. Bongiovanni
   **TONIANNE J. BONGIOVANNI**
   **United States Magistrate Judge**